IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:22-cr-03091-RK-1 |
| (1) DUSTIN L. HOLDEN, | ) ) ) |
| Defendant. | ) |

**ORDER**

On October 13, 2023, Magistrate Judge David P. Rush issued his Report and Recommendation (Doc. 46), recommending that the Court deny Defendant Dustin L. Holden's motion to suppress (Doc. 35). Neither party filed objections within the 14-day period provided by Rule 59(a) of the Federal Rules of Criminal Procedure. As a result, the parties have waived their right to review. *Id*. After an independent review of the matter pursuant to 28 U.S.C. § 636(b)(1)(C), the Court accepts in full the findings and recommendation made by Magistrate Judge Rush. Accordingly, the Court **ORDERS** that: (1) the Report and Recommendation of Magistrate Judge Rush (Doc. 46) is **ADOPTED**, and (2) Defendant's motion to suppress (Doc. 35) is **DENIED**.

IT IS SO ORDERED.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: November 7, 2023